# Court of Appeals
# of the State of Georgia

ATLANTA, December 08, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0171. ROYCE L. JONES et al. v. INDYMAC BANK, F.S.B.**

In this dispossessory action brought by IndyMac Bank, F.S.B. ("IndyMac"), against Royce L. Jones, the magistrate court issued a writ of possession in favor of IndyMac. Jones then filed a petition for a writ of certiorari in the superior court. On September 16, 2016, the superior court issued an order in which it dismissed Jones's petition. On November 8, 2016, the superior court issued an order in which it granted IndyMac a bill of peace. On November 16, 2016, Jones filed an application for discretionary review of the superior court's orders. We lack jurisdiction.

Jones's appeal is untimely. Generally, a notice of appeal must be filed within 30 days of entry of the decision or judgment sought to be appealed. See OCGA § 5-6-38 (a). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory action. Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Jones's application is untimely, as it was filed 8 days after the superior court's November 8, 2016 order was entered, and 61 days after the superior court's

September 16, 2016 order was entered.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,  12/08/2016*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*